**CHRISTOPHER M. RUSCA #264608**
**RUSCA & RUSCA**
**ATTORNEYS AT LAW**
1327 "N" STREET
FRESNO, CALIFORNIA 93721
TEL:   (559) 268-1600
FAX:   (559) 268-0471
RUSCALAW@GMAIL.COM

ATTORNEY FOR **JESUS GONZALES**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesus Gonzales ) | Case No. 1:12-cv-01751-LJO-SAB |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S REQUEST FOR** |
| ) | **DISMISSAL OF ACTION WITHOUT** |
| vs. ) | **PREJUDICE AND PROPOSED ORDER** |
| ) | |
| United States Department of Justice ) | |
| ) | |
| Defendant ) | |
| _____) | |

**IT IS HEREBY REQUESTED** by Plaintiff Jesus Gonzales, that Defendant United States Department of Justice is hereby dismissed **WITHOUT PREJUDICE** pursuant to Federal Rules of Civil Procedure section 41, subdivision (a)(1).

**Dated:      01/31/2103**               **/s/ Christopher M. Rusca**
                                         **CHRISTOPHER M. RUSCA,**
                                         **Attorney for Plaintiff**

/ / /

/ / /

/ / /

---

**Gonzales v. United States Department of Justice**
Plaintiff's Request for Dismiss of Action Without Prejudice and Proposed Order
Case No: 1:12-cv-01751-LJO-SAB                                                    Page 1

**ORDER**

    This Court DISMISSES without prejudice this action and all claims against defendant U.S. Department of Justice and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

    Dated:   **January 31, 2013**                         **/s/ Lawrence J. O'Neill**
                                                                            UNITED STATES DISTRICT JUDGE

**Gonzales v. United States Department of Justice**
Plaintiff's Request for Dismiss of Action Without Prejudice and Proposed Order
Case No: 1:12-cv-01751-LJO-SAB                                                                                      Page 2