1  **CHRISTOPHER M. RUSCA #264608**
**RUSCA & RUSCA**
2  **ATTORNEYS AT LAW**
1327 "N" STREET
3  FRESNO, CALIFORNIA 93721
TEL:   (559) 268-1600
4  FAX:   (559) 268-0471
RUSCALAW@GMAIL.COM
5
ATTORNEY FOR **JESUS GONZALES**
6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

12  Jesus Gonzales                                    )        Case No. 1:12-cv-01751-LJO-SAB
                                                      )
13             Plaintiff,                             )        **PLAINTIFF'S REQUEST FOR**
                                                      )        **DISMISSAL OF ACTION WITHOUT**
14        vs.                                         )        **PREJUDICE AND PROPOSED ORDER**
                                                      )
15  United States Department of Justice               )
                                                      )
16             Defendant                              )
                                                      )
17  _____ )

18          **IT IS HEREBY REQUESTED** by Plaintiff Jesus Gonzales, that Defendant United

19  States Department of Justice is hereby dismissed **WITHOUT PREJUDICE** pursuant to Federal

20  Rules of Civil Procedure section 41, subdivision (a)(1).

21

22  **Dated:        01/31/2103**                      **/s/ Christopher M. Rusca**
                                                      **CHRISTOPHER M. RUSCA,**
23                                                    **Attorney for Plaintiff**

24  / / /

25  / / /

26  / / /

**Gonzales v. United States Department of Justice**
Plaintiff's Request for Dismiss of Action Without Prejudice and Proposed Order
Case No: 1:12-cv-01751-LJO-SAB                                              Page 1

**ORDER**

1

2       This Court DISMISSES without prejudice this action and all claims against defendant
U.S. Department of Justice and DIRECTS the clerk to close this action.

3

4

5   IT IS SO ORDERED.

6

    Dated:   __**January 31, 2013**__                    ___**/s/ Lawrence J. O'Neill**___
7                                                               UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Gonzales v. United States Department of Justice**
Plaintiff's Request for Dismiss of Action Without Prejudice and Proposed Order
Case No: 1:12-cv-01751-LJO-SAB                                              Page 2